**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LAZARO GONZALEZ,

                    *Petitioner*,

v.                                                        Case No. 3:26-cv-1517-WWB-PDB

U.S. ATTORNEY GENERAL, et al.,

                    *Respondents*.

_____

## ORDER

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (Doc. 1).  He asserts that Immigration and Customs Enforcement ("**ICE**") is currently detaining him at the Baker County Detention Center.  (*Id.*).  The Petition is not a model of clarity, and it is unclear what claims Petitioner seeks to raise. He contends that officers have failed to provide him with a necessary surgery, which will diminish his physical and mental health.  (*Id.* at 6–7).  And his prolonged detention is unlawful, and the government cannot prove he is a flight risk or danger to community.  (*Id.* at 6).

As to Petitioner's claims regarding his need for medical care, federal courts may grant the writ where any petitioner can show that he is "in custody in violation of the Constitution or laws or treaties of the United States[.]"  28 U.S.C. § 2241(c)(3).  In those claims, Petitioner does not challenge the lawfulness of his detention but appears to challenge the conditions of his confinement.  Such claims should be raised in a § 1983 civil rights action.

As to Petitioner's apparent challenges to his prolonged detention, the Court notes that on May 14, 2026, Petitioner, with help from counsel, filed No. 3:26-cv-1271-MMH-LLL, in which he challenges his prolonged detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).   *See Gonzalez Morales*, *v. ICE*, No. 3:26-cv-1271-MMH-LLL.[1]   Federal Respondents have filed a response in that case.  Because the claims at issue in No. 3:26-cv-1271 are identical to the claims here, this action is dismissed as duplicative.  Petitioner will continue to pursue these claims in his other case.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 15, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:   Lazaro Gonzalez, A027286046

---

[1] Although Petitioner's name is slightly different in each case, both cases involve the same Petitioner as the identification number for Petitioner in both cases is A027286046.

2

3